590

No. 374. WILSON v. LOUISVILLE JOINT STOCK LAND BANK ET AL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis* denied. *Mr. Morton S. Hawkins* for petitioner. *Mr. Gerald R. Redding* for respondents.

No. 157. WEBER v. UNITED STATES. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. H. C. Wade* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 266. VIRGINIAN RAILWAY CO. v. UNITED STATES. October 16, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. W. H. T. Loyall* and *John C. Donnally* for petitioner. *Solicitor General Jackson* and *Mr. Paul A. Sweeney* for the United States.

No. 268. FEDERAL EXPORT CORPORATION v. UNITED STATES. October 16, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Henry M. Ward, Kingman Brewster,* and *O. R. Folsom-Jones* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 302. PALMER ET AL., TRUSTEES OF THE PROPERTY OF OLD COLONY RAILROAD CO., v. PALMER ET AL., TRUS-